# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

**CIVIL ACTION NO. 13-120-DLB**

**ROBIS OSUEL SOLIS-CACERES**                                                            **PLAINTIFF**

vs.                                     **JUDGMENT**

**UNITED STATES OF AMERICA**                                                    **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that the complaint filed by Robis Osuel Solis-Caceres against the United States of America (Doc. # 1) is **DISMISSED WITHOUT PREJUDICE** and Judgment is **ENTERED** in favor of the defendant.

This 22nd day of April, 2014.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\Opinions\Ashland\0-13-120 Judgment.wpd